United States District Court
Southern District of Texas

**ENTERED**

June 24, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BRIAN MANN, A/K/A DAVID MANN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. H-20-0648 |
| | § | |
| MONTGOMERY COUNTY JAIL, *ET AL.*, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER OF DISMISSAL

Plaintiff, who is not in custody, filed a letter with the Clerk of Court. The letter was docketed as a *pro se* section 1983 lawsuit. The letter is an incomprehensible narrative of unrelated events spanning the past two decades, and purports to declare a "lien" for $1.5 million against various county agencies and courts.

The letter references events that were included in the numerous letters plaintiff has sent to the Court over the past nine years. *See*, *e.g.*, *Mann v. Smith*, C.A. H-11-3764 (S.D. Tex. 2011). It does not appear that plaintiff intended his instant letter to constitute a new lawsuit, and this case will be dismissed without prejudice.

This case is DISMISSED WITHOUT PREJUDICE AS IMPROVIDENTLY OPENED.

Signed at Houston, Texas, on June 24, 2020.

Gray H. Miller
Senior United States District Judge